# United States Court of Appeals
## For the First Circuit

—————————————————

No. 04-1625

MICHAEL WIRZBURGER, ET AL.,

Plaintiffs, Appellants,

v.

WILLIAM F. GALVIN,
SECRETARY OF STATE, ET AL.,

Defendants, Appellees.

—————————————————

ERRATA SHEET

The opinion of the court issued on June 24, 2005, is amended as follows:

On page 27, line 14, at the end of Section II.C.3, please add:

> "Moreover, as we have already noted, religion has never been held to be a suspect classification.  See supra note 6 and accompanying text."